## JAMES MAGNER AND Z. R. WINSLOW
### v.
## H. J. TRUMBULL & Co.

*Practice—Insufficient Abstract.*

The court declines to consider the case presented, for the reason that the appellant failed to file an abstract of the evidence.

[Opinion filed December 2, 1889.]

APPEAL from the Circuit Court of Cook County; the Hon. JULIUS S. GRINNELL, Judge, presiding.

Messrs BANGS & BANGS, for appellants.

Mr. E. C. FERGUSON, for appellees.

GARY, P. J. The brief for the appellants indicates that they are endeavoring to pay an honest debt to the appellees with a technical rule of law; but as no abstract of the evidence, only an index to the names of the witnesses has been filed, the court will not look to see whether the rule applies. C. & G. T. Ry. v. Crolie, 33 Ill. App. 17. The judgment is affirmed.

*Judgment affirmed.*